| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5884103 | **DATE** 11/03/2023 |
|---|---|---|---|---|
| **NAME** WARE, Keith Lamont | **OFFICER** Ahmed M Bazzi | | **JUDGE** George Caram Steeh | **DOCKET #** 18-CR-20826-03 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL | PHOTO |
|---|---|---|---|---|
| 08/21/2019 | Supervised Release | VI | 21 | |
| **COMMENCED** 01/27/2023 | | | | |
| **EXPIRATION** 01/26/2026 | | | | |

| ASST. U.S. ATTORNEY | DEFENSE ATTORNEY |
|---|---|
| Craig Wininger | To Be Determined |

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1:  21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Possess with Intent to Distribute Controlled Substance

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 46 months to run concurrent with any undischarged state sentence, to be followed by a three-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.
2. If necessary, you must submit to a psychological/psychiatric evaluation as directed by the probation officer.
3. If necessary, you must participate in a mental health treatment program and follow the rules and regulations of that program.  The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
4. You must submit to substance abuse testing to determine if you have used a prohibited substance.
5. If necessary, you must participate in a substance abuse treatment program and follow the rules and regulations of that program.  The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Criminal Monetary Penalty:  Special Assessment $100.00 (paid).

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5884103 | **DATE** 11/03/2023 |
|---|---|---|---|---|
| **NAME** WARE, Keith Lamont | | **OFFICER** Ahmed M Bazzi | **JUDGE** George Caram Steeh | **DOCKET #** 18-CR-20826-03 |

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."<br><br>On October 24, 2023, WARE was detained by officers from the Detroit Police Department in Detroit, Michigan and turned over to the custody of the Warren Police Department in Warren, Michigan where he was arrested and charged with one count of Misdemeanor Domestic Assault. According to the police report, the victim alleged that while WARE was a passenger in her vehicle, he began striking her in the head and choking her while she was driving.<br><br>On October 25, 2023, WARE appeared in court for arraignment before Judge Suzanne Faunce, 37th District Court, Warren, Michigan, Docket 2023-W234837-OM. A plea of not guilty was entered by the Court. Bond was set at $5,000.00 cash/surety. A pre-trial hearing is scheduled for November 14, 2023, at 9:30 a.m. As of the date of this report, WARE is being held at the Macomb County Jail, Mt Clemens, Michigan. |
| 2 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE."<br><br>Since the onset of supervision, WARE has tested positive for marijuana and/or cocaine on the following dates:<br><br>1. February 15, 2023, an instant drug test was positive for marijuana. On February 20, 2023, Specimen No. B03935551 was confirmed positive for THC Metabolite.<br><br>2. April 20, 2023, an instant drug test was positive for marijuana and cocaine. On April 24, 2023, Specimen No. B04740277 was confirmed positive for THC Metabolite and Benzoylecgonine (cocaine).<br><br>3. May 2, 2023, an instant drug test was positive for marijuana and cocaine. On May 12, 2023, Specimen No. B05161158 was confirmed positive for THC Metabolite and Benzoylecgonine (cocaine).<br><br>4. May 16, 2023, an instant drug test was positive for marijuana and cocaine. On May 23, 2023, Specimen No. B05161174 was confirmed positive for THC Metabolite and Benzoylecgonine (cocaine).<br><br>5. June 19, 2023, an instant drug test was positive for marijuana. On June 26, 2023, Specimen No. B05161216 was confirmed positive for THC Metabolite. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5884103 | DATE 11/03/2023 |
|---|---|---|---|---|
| NAME WARE, Keith Lamont | OFFICER Ahmed M Bazzi | JUDGE George Caram Steeh | | DOCKET # 18-CR-20826-03 |

    6.    July 5, 2023, an instant drug test was positive for marijuana. On July 12, 2023, Specimen No. B05161240 was confirmed positive for THC Metabolite.

    7.    August 7, 2023, an instant drug test was positive for marijuana. On August 13, 2023, Specimen No. B05161289 was confirmed positive for THC Metabolite.

    8.    September 5, 2023, an instant drug test was positive for marijuana. On September 11, 2023, Specimen No. B04865286 was confirmed positive for THC Metabolite.

On October 2, 2023, WARE tested positive for marijuana using an instant drug test cup. On October 9, 2023, Specimen No. B04865248 was confirmed positive for THC Metabolite. On October 17, 2023, WARE admitted to the probation department that he continues to use marijuana.

| **I declare under penalty of perjury that the foregoing is true and correct.** PROBATION OFFICER s/Ahmed M. Bazzi/djl 313-234-5411 | **DISTRIBUTION** Court |
|---|---|
| SUPERVISING PROBATION OFFICER s/Tracy Kosmas 313-234-5272 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

[X]    The issuance of a warrant to be filed as a detainer with the Macomb County Jail, Mt Clemens, Michigan.

[ ]    Other

 

s/George Caram Steeh
United States District Judge

11/16/2023
Date